# MINIMUM / MAXIMUM PENALTY FORM

**UNITED STATES ATTORNEY'S OFFICE**
**WESTERN DISTRICT OF NORTH CAROLINA**

United States v. Christian Sturdivant

Case Number: 3:25-mj-354-WCM

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| I | 18 USC 2339B | N/A | NMT 20 years imprisonment, $250,000 fine or both, and NMT 5 years Supervised Release. |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☒ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☒ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☒ NO
* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH
       ☐ DISCHARGE